Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## New Jersey

IN RE: **Ralph Mason**
**Undine Ianthie Mason**

Debtor(s)

Case No.: **15-13452**
Judge:

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ First Modified/Notice Required
☐ Modified/No Notice Required

Date: **11/29/2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **MG**    Initial Debtor: **R M**    Initial Co-Debtor **UIM**

### Part 1: Payment and Length of Plan

a. The debtor has paid in to date $17,145.00 to the Chapter 13 Trustee, starting on **December 1, 2017** debtor is to pay $ **525** for approximately **3** months and then starting **March 1, 2018** debtors are to pay **$1,032.00** for **24** months..

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     **X** NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Trustee** | administrative expenses | est. $3,900.00 |
| **Goldman & Beslow, LLC** | attorney fees | est. $2,0000 |
| **Internal Revenue Service** | Taxes and certain other debts | $4,100 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None
   ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| City of East Orange | real estate taxes | $7,400 | 0% | $7,400.00 | regular quarterly payments |
| Champion Mortgage | advances made | $22,122.00 | 0% | $23,122.00 | none |
| Santander | auto loan | $232.00 | | $232.00 | payments being paid by 3rd party |
| WFS Financial | auto loan | $552.11 | | $552.11 | debtors to continue making post-petition payments |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

 2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Santander Consumer** | **2010 Dodge Avenger** | **$7,475** | **surrender in full satisfaction of the debt** |
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

<u>Creditor</u>
**Wfs Financial/Wachovia Dealer Srvs**

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |
| | | |
| | | |

## Part 5:  Unsecured Claims        ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:  Executory Contracts and Unexpired Leases        X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions    ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### Part 8: Other Plan Provisions
a. **Vesting of Property of the Estate**
☑ Upon Confirmation

☐ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims including attorney's fees & costs**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-Petition Claims**

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification   ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Stay has been vacated as to the 2010 Dodge Avenger** | **To surrender the vehicle; debtors are still paying on the vehicle and payments are being accepted** |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date   November 29, 2017         /s/Mark Goldman
                                 **Mark Goldman, Esq. 8019**
                                 Attorney for the Debtor
Date:  November 29, 2017         /s/Ralph Mason
                                 **Ralph Mason**
                                 Debtor

Date:  November 29, 2017         /s/Undine Mason
                                 **Undine Ianthie Mason**

6

| | Joint Debtor |
|---|---|
| **Signatures** | |

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

Date    November 29, 2017            /s/Mark Goldman
                                     **Mark Goldman, Esq. 8019**
                                     Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date:   November 29, 2017            /s/Ralph Mason
                                     **Ralph Mason**
                                     Debtor

Date:   November 29, 2017            /s/Undine Mason
                                     **Undine Ianthie Mason**
                                     Joint Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph Mason  
Undine Ianthie Mason  
     Debtors

Case No. 15-13452-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Dec 07, 2017  
                     Form ID: pdf901    Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.

```
db/jdb         +Ralph Mason,    Undine Ianthie Mason,    76 Leslie Street,    East Orange, NJ 07017-5409
aty            +Evans C. Agrapidis,    Leanza & Agrapidis,    3232 Kennedy Boulevard,
                 Jersey City, NJ 07306-3419
cr             +BANK OF AMERICA,    Kivitz McKeever Lee PC,    BNY Mellon Independence Center,
                 701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
cr             +BANK OF AMERICA, N.A.,,    Robertson, nschutz & Schneid, PL,    Bankruptcy Dept,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON,, FL 33487-2853
cr             +Bank of America, N.A.,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,
                 UNITED STATES 75356-2088
515352783      +AXA Equitable,    FBO: Ralph Mason A/C 301610784,    500 Plaza Dr. 6th Floor,
                 ATTN: Resolution Team,    Secaucus, NJ 07094-3619
515352782      +Ashro,    1515 S 21st St,    Clinton, IA 52732-6676
515440138      +Ashro Lifestyle,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
516521904      +Bank Of America, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
516521913      +Bank Of America, N.A.,    Reverse Mortgage Solutions,    14405 Walters Road, Ste 200,
                 Houston, TX 77014-1345
515352786     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital 1 Bank,    Po Box 85520,    Richmond, VA 23285)
515352784      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
515352785      +Capital 1 Bank,    Attn: General Correspondence,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
515352787      +Champion Mortgage,    P.O. Box 91322,    Seattle, WA 98111-9422
515352788      +Chase,    Po Box 19120,    Houston, TX 77224-9120
515352789      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515352790      +Chase Mort,    Po Box 24696,    Columbus, OH 43224-0696
515352791      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
515352793      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
515352792      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515352794      +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
515352797      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515352799      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515352798      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
515428592      +Ginny's,    c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
515440298      +Mason,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517164979      +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
517164980      +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014,
                 Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
515352804      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
515371860      +Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
515352805      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
515409791       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
515352808      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 1697,    Winterville, NC 28590-1697
515352807      +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2017 21:26:23     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2017 21:26:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515549670       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2017 21:25:10
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515404451      +E-mail/Text: bankruptcy@cavps.com Dec 07 2017 21:26:27     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515352795      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2017 21:25:20     Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
515352796      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2017 21:25:19     Credit One Bank,
                 Po Box 98875,    Las Vegas, NV 89193-8875
515352800      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 21:25:25     GECRB/6th Ave Elec,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
515352801      +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2017 21:25:17     GECRB/6th Ave Elec,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
515496512      +E-mail/Text: cio.bncmail@irs.gov Dec 07 2017 21:26:16     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
515352802      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2017 21:26:22     Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Dec 07, 2017
                              Form ID: pdf901          Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515607146         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2017 21:41:51
                    Portfolio Recovery Associates, LLC,   c/o Thd,   POB 41067,   Norfolk VA 23541
515352806        +E-mail/Text: bankruptcy@senexco.com Dec 07 2017 21:26:10      Senex Services Corp,
                    333 Founds Rd,   Indianapolis, IN 46268
515426219        +E-mail/Text: bankruptcy@senexco.com Dec 07 2017 21:26:10      Senex Services Corp,
                    3333 Founders Rd,   2nd Floor,   Indianapolis, IN 46268
515352803        +E-mail/Text: bankruptcy@savit.com Dec 07 2017 21:26:32       Sa-vit Enterprises,   46 W Ferris St,
                    East Brunswick, NJ 08816-2159
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor   Champion Mortgage Company jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin   Plean    on behalf of Creditor   Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor   Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Mark   Goldman    on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark   Goldman    on behalf of Debtor Ralph   Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                               TOTAL: 9
```