| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| Robertson, Anschutz & Schneid, P.L. <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> (561) 241-6901 <br> Attorneys for Secured Creditor <br> Reverse Mortgage Solutions, Inc. <br><br> Laura M. Egerman (LE-8250) | Order Filed on April 3, 2018 by <br> Clerk, U.S. Bankruptcy Court - <br> District of New Jersey <br><br> CASE NO.: 15-13452-SLM <br><br> CHAPTER 13 <br><br> HEARING DATE: 2/14/2018 <br><br> JUDGE: Stacey L. Meisel |
| **In Re:** <br><br> **Ralph Mason,** <br><br> Debtor. <br><br> **Undine Ianthie Mason** <br><br> Joint Debtor. | |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

DATED: April 3, 2018

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**

Secured Creditor: Reverse Mortgage Solutions, Inc.

Secured Creditor's Counsel: Robertson Anschutz Schneid PL

Debtor's Counsel: Mark Goldman

Property Involved ("Collateral"): 76 Leslie Street East Orange, NJ 07017

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for Taxes_____, in the amount of $7159.28

    ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

    ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense $0.00.
    Total Arrearages Due $7159.28.

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Immediate payment shall be made in the amount of _$2000_. Payment shall be made no later than 02/28/2018____.

    ☐ Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

■ Beginning on __03/15/2018__, additional monthly cure payments shall be made in the amount of $__515.87__ for __10__ months.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. Debtor must file an Amended Plan, and Schedules I and J within twenty-one (21) days of the entry of this Order. The debtor's monthly payment to the Chapter 13 Trustee will be modified to an amount necessary to appropriately fund the plan in accordance with this order.

3. Payments to the Secured Creditor shall be made to the following address(es):

■ Immediate payment:  Reverse Mortgage Solutions
14405 Walters Rd., Suite 200
Houston, TX 77014

■ Regular monthly payment: Reverse Mortgage Solutions
14405 Walters Rd., Suite 200
Houston, TX 77014

■ Monthly cure payment: Reverse Mortgage Solutions, Inc.
14405 Walters Rd., Suite 200
Houston, TX 77014

4. In the event of Default:

■ If the Debtor fails to make the immediate payment specified above or fails to timely make tax payments within thirty (30) days of the date the payments are due and maintain insurance coverage and provide proof of same, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00, and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____  
Mark Goldman, Esq.  
*Attorney for Debtor(s)*  
Date:

_____  
Laura M. Egerman, Esq.  
*Attorney for Secured Creditor*  
Date: 03·26·2018