Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−13452−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph Mason                          Undine Ianthie Mason
   76 Leslie Street                     76 Leslie Street
   East Orange, NJ 07017                East Orange, NJ 07017

Social Security No.:
   xxx−xx−6251                          xxx−xx−2480

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/8/18 at 09:00 AM

to consider and act upon the following:

*85* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/24/2018. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*87* − Certification in Opposition to (related document:85 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/24/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Ralph Mason, Undine Ianthie Mason. (Goldman, Mark)

Dated: 7/18/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court