UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, NJ 07017
(973) 677-9000

Mark Goldman, Esq. # MG8019
Attorney for Debtor(s)

Order Filed on September 11,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Ralph Mason
Undine Mason

Case No.: 15-13452

Chapter: 13

Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 11, 2018

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Goldman & Beslow, LLC_____, the applicant, is allowed a fee of $ ____1600.00____ for services rendered and expenses in the amount of $_____ for a total of $____1600.00____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____n/a____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ralph Mason  
Undine Ianthie Mason  
    Debtors

Case No. 15-13452-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db/jdb         +Ralph Mason,   Undine Ianthie Mason,   76 Leslie Street,   East Orange, NJ 07017-5409  
aty            +Evans C. Agrapidis,   Leanza & Agrapidis,   3232 Kennedy Boulevard,  
                Jersey City, NJ 07306-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Justin Plean    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Justin Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Laura M. Egerman    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Mark Goldman    on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Mark Goldman    on behalf of Debtor Ralph Mason yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
                                                                  TOTAL: 10