Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 15−13452−SLM  
        Chapter: 13  
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Ralph Mason                                 Undine Ianthie Mason  
   76 Leslie Street                           76 Leslie Street  
   East Orange, NJ 07017              East Orange, NJ 07017

Social Security No.:  
   xxx−xx−6251                                xxx−xx−2480

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/13/19 at 10:00 AM

to consider and act upon the following:

**97** – Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: 76 Leslie Street, East Orange, NJ 07017. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions Inc., 76 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Reverse Mortgage Solutions Inc.. Objection deadline is 01/2/2019. (Egerman, Laura)

**98** – Certification in Opposition to (related document:97 Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: 76 Leslie Street, East Orange, NJ 07017. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions Inc., 76 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Reverse Mortgage Solutions Inc.. Objection deadline is 01/2/2019. filed by Creditor Reverse Mortgage Solutions Inc.) filed by Mark Goldman on behalf of Ralph Mason, Undine Ianthie Mason. (Goldman, Mark)

Dated: 1/3/19

                                                                    Jeanne Naughton  
                                                                     Clerk, U.S. Bankruptcy Court