Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−13452−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Ralph Mason                                                                  Undine Ianthie Mason
    76 Leslie Street                                                             76 Leslie Street
    East Orange, NJ 07017                                                        East Orange, NJ 07017

Social Security No.:
    xxx−xx−6251                                                                  xxx−xx−2480

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/13/19 at 10:00 AM

to consider and act upon the following:

**97** − Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: 76 Leslie Street, East Orange, NJ 07017. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions Inc., 76 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Reverse Mortgage Solutions Inc.. Objection deadline is 01/2/2019. (Egerman, Laura)

**98** − Certification in Opposition to (related document:97 Creditor's Certification of Default (related document:67 Motion for Relief from Stay re: 76 Leslie Street, East Orange, NJ 07017. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions Inc., 76 Order on Motion For Relief From Stay) filed by Laura M. Egerman on behalf of Reverse Mortgage Solutions Inc.. Objection deadline is 01/2/2019. filed by Creditor Reverse Mortgage Solutions Inc.) filed by Mark Goldman on behalf of Ralph Mason, Undine Ianthie Mason. (Goldman, Mark)

Dated: 1/3/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-13452-SLM
Ralph Mason                                                             Chapter 13
Undine Ianthie Mason
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jan 03, 2019
                               Form ID: ntchrgbk        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
db/jdb         +Ralph Mason,   Undine Ianthie Mason,   76 Leslie Street,   East Orange, NJ 07017-5409
aty            +Evans C. Agrapidis,   Leanza & Agrapidis,   3232 Kennedy Boulevard,
                Jersey City, NJ 07306-3419
cr             +BANK OF AMERICA,   Kivitz McKeever Lee PC,   BNY Mellon Independence Center,
                701 Market St, Ste 5000,   Philadelphia, PA 19106-1541
cr             +BANK OF AMERICA, N.A.,,   Robertson, nschutz & Schneid, PL,   Bankruptcy Dept,
                6409 CONGRESS AVE., SUITE 100,   BOCA RATON,, FL 33487-2853
cr             +Bank of America, N.A.,   Robertson Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
                Boca Raton,, FL  33487,   UNITED STATES 33487-2853
cr             +Reverse Mortgage Solutions Inc.,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,   Boca Raton, FL  33487,   UNITED STATES 33487-2853
cr             +Santander Consumer USA, Inc.,   P.O. Box 562088, Suite 900-North,   Dallas, TX  75247,
                UNITED STATES 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Ralph  Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 11