Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−13452−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ralph Mason                              Undine Ianthie Mason
76 Leslie Street                         76 Leslie Street
East Orange, NJ 07017                    East Orange, NJ 07017

Social Security No.:
    xxx−xx−6251                                      xxx−xx−2480

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/24/19 at 10:00 AM

to consider and act upon the following:

*102* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Greenberg, Marie−Ann)

*103* − Certification in Opposition to (related document:102 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 04/5/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Trustee Marie−Ann Greenberg) filed by Mark Goldman on behalf of Ralph Mason, Undine Ianthie Mason. (Goldman, Mark)

Dated: 4/2/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court