**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    RALPH MASON
    UNDINE IANTHIE MASON

Order Filed on April 26, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  15-13452 SLM

Hearing Date:  4/24/2019

# INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: April 26, 2019

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RALPH MASON
UNDINE IANTHIE MASON

Case No.: 15-13452

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 04/24/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,200.00 to the Trustee's office by 5/8/2019 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 5/22/2019 at 10:00 a.m.