UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on May 30, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

IN RE:

    RALPH MASON
    UNDINE IANTHIE MASON

Case No.:  15-13452 SLM

Hearing Date:  5/22/2019

# INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** May 30, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RALPH MASON
UNDINE IANTHIE MASON

Case No.: 15-13452

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 05/22/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,087.00 to the Trustee's office by 5/31/2019 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 6/12/2019 at 10:00 a.m..

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-13452-SLM
Ralph Mason                                                         Chapter 13
Undine Ianthie Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 31, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db/jdb         +Ralph Mason,   Undine Ianthie Mason,   76 Leslie Street,   East Orange, NJ 07017-5409
aty            +Evans C. Agrapidis,   Leanza & Agrapidis,   3232 Kennedy Boulevard,
                 Jersey City, NJ 07306-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin  Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark  Goldman    on behalf of Debtor Ralph  Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                             TOTAL: 11