| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    RALPH MASON<br>    UNDINE IANTHIE MASON |

Order Filed on June 14, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:  15-13452 SLM

Hearing Date:  6/12/2019

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 14, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RALPH MASON
UNDINE IANTHIE MASON

Case No.: 15-13452

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/12/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $2,174.00 to the Trustee's office by 6/30/2019 or the case will be dismissed; and it is further

- ORDERED, that the Trustee's Certification of Default will be adjourned to 7/10/2019 at 10:00 a.m..