| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>RAS Citron, LLC<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Attorneys for Secured Creditor,<br>Reverse Mortgage Solutions Inc.<br><br>    Laura Egerman, Esq. (LE-8250) |
| In Re:<br><br>Ralph Mason and<br>Undine Ianthie Mason,<br><br>Debtors. |

**Order Filed on July 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 15-13452-SLM

Chapter 13

Hearing Date:

Judge: Stacey L. Meisel

### ORDER VACATING STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: July 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Ralph Mason and Undine Ianthie Mason
Case No: 15-13452-SLM
Caption of Order: **ORDER VACATING STAY**

---

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as:

    **76 Leslie Street, East Orange, NJ 07017**

- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.