Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 15−13452−SLM
                                Chapter:  13
                                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ralph Mason                                            Undine Ianthie Mason
   76 Leslie Street                                      76 Leslie Street
   East Orange, NJ 07017                         East Orange, NJ 07017

Social Security No.:
   xxx−xx−6251                                          xxx−xx−2480

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 11, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 11, 2019
JAN: apc

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-13452-SLM
Ralph Mason                                                               Chapter 13
Undine Ianthie Mason
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jul 12, 2019
                              Form ID: 148             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2019.
```
db/jdb         +Ralph Mason,   Undine Ianthie Mason,    76 Leslie Street,    East Orange, NJ 07017-5409
aty            +Evans C. Agrapidis,    Leanza & Agrapidis,    3232 Kennedy Boulevard,
                 Jersey City, NJ 07306-3419
cr             +BANK OF AMERICA,    Kivitz McKeever Lee PC,    BNY Mellon Independence Center,
                 701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
cr             +BANK OF AMERICA, N.A.,,   Robertson, nschutz & Schneid, PL,    Bankruptcy Dept,
                 6409 CONGRESS AVE., SUITE 100,    BOCA RATON,, FL 33487-2853
cr             +Bank of America, N.A.,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL  33487,    UNITED STATES 33487-2853
cr             +Reverse Mortgage Solutions Inc.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
515352783      +AXA Equitable,    FBO: Ralph Mason A/C 301610784,    500 Plaza Dr. 6th Floor,
                 ATTN: Resolution Team,    Secaucus, NJ 07094-3619
516521904      +Bank Of America, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
516521913      +Bank Of America, N.A.,    Reverse Mortgage Solutions,    14405 Walters Road, Ste 200,
                 Houston, TX 77014-1345
515352787      +Champion Mortgage,    P.O. Box 91322,    Seattle, WA 98111-9422
515352790      +Chase Mort,   Po Box 24696,    Columbus, OH 43224-0696
515352791      +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
515352792      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
515352794      +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
515352799      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515352798      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517164979      +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
517164980      +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014,
                 Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Suite 200,    Houston, TX 77014-1345
515352804      +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2019 11:27:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2019 11:27:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Jul 12 2019 07:48:00      Santander Consumer USA, Inc.,
                 P.O. Box 562088, Suite 900-North,    Dallas, TX  75247,    UNITED STATES 75356-2088
515549670       EDI: RESURGENT.COM Jul 12 2019 07:58:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515352782      +EDI: CBS7AVE Jul 12 2019 07:58:00      Ashro,    1515 S 21st St,    Clinton, IA 52732-6676
515440138      +EDI: CBS7AVE Jul 12 2019 07:58:00      Ashro Lifestyle,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
515352786       EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Capital 1 Bank,    Po Box 85520,
                 Richmond, VA 23285
515352784      +EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
515352785      +EDI: CAPITALONE.COM Jul 12 2019 07:48:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box  30285,    Salt Lake City, UT 84130-0285
515404451      +E-mail/Text: bankruptcy@cavps.com Jul 12 2019 11:28:04      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
515352789      +EDI: CHASE.COM Jul 12 2019 07:58:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515352793      +EDI: CITICORP.COM Jul 12 2019 07:48:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
515352795      +EDI: RCSFNBMARIN.COM Jul 12 2019 07:48:00      Credit One Bank,    Po Box 98873,
                 Las Vegas, NV 89193-8873
515352796      +EDI: RCSFNBMARIN.COM Jul 12 2019 07:48:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
515352797      +EDI: TSYS2.COM Jul 12 2019 07:48:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515352800      +EDI: RMSC.COM Jul 12 2019 07:48:00      GECRB/6th Ave Elec,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
515352801      +EDI: RMSC.COM Jul 12 2019 07:48:00      GECRB/6th Ave Elec,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
515428592      +EDI: CBS7AVE Jul 12 2019 07:58:00      Ginny's,    c/o Creditors Bankruptcy Service,
                 P O Box 800849,    Dallas, TX 75380-0849
515496512       EDI: IRS.COM Jul 12 2019 07:48:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
515440298      +EDI: CBSMASON Jul 12 2019 07:48:00      Mason,    c/o Creditors Bankruptcy Service,
                 P.O. Box 800849,    Dallas, TX 75380-0849
515352802      +EDI: MID8.COM Jul 12 2019 07:48:00      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 12, 2019
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515607146         EDI: PRA.COM Jul 12 2019 07:48:00      Portfolio Recovery Associates, LLC,   c/o Thd,
                  POB 41067,    Norfolk VA 23541
515352806        +E-mail/Text: bankruptcy@senexco.com Jul 12 2019 11:26:37      Senex Services Corp,
                  333 Founds Rd,    Indianapolis, IN 46268
515426219        +E-mail/Text: bankruptcy@senexco.com Jul 12 2019 11:26:37      Senex Services Corp,
                  3333 Founders Rd,    2nd Floor,    Indianapolis, IN 46268
515352803        +E-mail/Text: bankruptcy@savit.com Jul 12 2019 11:28:31      Sa-vit Enterprises,   46 W Ferris St,
                  East Brunswick, NJ 08816-2159
515371860        +EDI: DRIV.COM Jul 12 2019 07:48:00      Santander Consumer USA Inc.,   P.O. Box 560284,
                  Dallas, TX 75356-0284
515352805        +EDI: DRIV.COM Jul 12 2019 07:48:00      Santander Consumer Usa,   Po Box 961245,
                  Ft Worth, TX 76161-0244
515409791         EDI: WFFC.COM Jul 12 2019 07:48:00      Wells Fargo Bank, N.A.,   P.O. Box 19657,
                  Irvine, CA 92623-9657
515352808        +EDI: WFFC.COM Jul 12 2019 07:48:00      Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,
                  Winterville, NC 28590-1697
515352807        +EDI: WFFC.COM Jul 12 2019 07:48:00      Wfs Financial/Wachovia Dealer Srvs,   Po Box 3569,
                  Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515352788       ##+Chase,    Po Box 19120,    Houston, TX 77224-9120
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    Champion Mortgage Company jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin Plean    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Justin Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Bank of America, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Goldman    on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Mark Goldman    on behalf of Debtor Ralph  Mason yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                                                                                              TOTAL: 11
```