| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |
| |
| IN RE: |
|     RALPH MASON |
|     UNDINE IANTHIE MASON |

Order Filed on July 11, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  15-13452SLM

Judge:  STACEY L. MEISEL

# ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: July 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): RALPH MASON
UNDINE IANTHIE MASON

Case No.: 15-13452SLM

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:
Ralph Mason
Undine Ianthie Mason
    Debtors

Case No. 15-13452-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 12, 2019
                   Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db/jdb      +Ralph Mason,   Undine Ianthie Mason,   76 Leslie Street,   East Orange, NJ 07017-5409
aty        +Evans C. Agrapidis,   Leanza & Agrapidis,   3232 Kennedy Boulevard,
           Jersey City, NJ 07306-3419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2019 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
        Joshua I. Goldman   on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   Champion Mortgage Company jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Justin Plean   on behalf of Creditor   Bank of America, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Justin Plean   on behalf of Creditor   Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Laura M. Egerman   on behalf of Creditor   Reverse Mortgage Solutions Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman   on behalf of Creditor   Bank of America, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Mark Goldman   on behalf of Joint Debtor Undine Ianthie Mason yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
        Mark Goldman   on behalf of Debtor Ralph Mason yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
                TOTAL: 11