Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 15−13452−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ralph Mason | Undine Ianthie Mason |
| 76 Leslie Street | 76 Leslie Street |
| East Orange, NJ 07017 | East Orange, NJ 07017 |

Social Security No.:
  xxx−xx−6251                                           xxx−xx−2480

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 21, 2019</u>                      <u>Stacey L. Meisel</u>
                                                                   Judge, United States Bankruptcy Court